## THOMAS P. JAMES *versus* JAMES W. BIDDLE

JOURNAL ENTRIES (1817–18): *Journal 2:* (1) Recognizance *p. 532; (2) declaration filed *p. 588; (3) rule to plead *p. 598; (4) judgment *p. 604.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) appearance bond; (4) declaration; (5) bill of exchange.
*Office Docket*, MS p. 47, c. 1; p. 71, c. 1.

## THOMAS BOSTON, SURVIVING PARTNER OF GILBERT LILLY AND THOMAS BOSTON, *versus* FRANCIS LASSELLE, SURVIVING PARTNER OF JAMES & FRANCIS LASSELLE

JOURNAL ENTRIES (1817): *Journal 2:* (1) Cognovit, judgment *p. 536.
PAPERS IN FILE: (1) Warrant of attorney to confess judgment; (2) draft of journal entry; (3) precipe for execution fi. fa.; (4) writ of fi. fa. and return.
*Office Docket*, MS p. 68, c. 2.